rari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Kenaz Huffman* for petitioners. *Solicitor General Biggs* and *Messrs. Will G. Beardslee* and *W. Marvin Smith* for the United States.

No. 401. SABINE TOWING CO., INC. ET AL. *v.* BRENNAN, ADMINISTRATRIX, ET AL. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William G. Feely* and *M. A. Grace* for petitioners. *Messrs. C. W. Howth, M. G. Adams,* and *H. C. Hughes* for respondents.

No. 411. AHLES REALTY CORP. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Montgomery B. Angell* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 415. INVESTMENT PROPERTIES CORP. *v.* MOORE, TRUSTEE IN BANKRUPTCY. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Edward Hohfeld* and *Herbert W. Clark* for petitioner. *Mr. Thomas S. Tobin* for respondent.

No. 417. SEIBERLING RUBBER CO. *v.* COMMISSIONER OF INTERNAL REVENUE. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Frederick L. Pearce* and *George M. Morris* for petitioner. *Solicitor General Biggs,*